IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Neomerdian SDN BHD,<br><br>    Plaintiff,<br>  v.<br><br>Wideband Semiconductor, Inc.,<br><br>    Defendant. | NO. C 09-02229 JW<br><br>**ORDER FOLLOWING HEARING ON ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** |

On June 8, 2009, the Court conducted a hearing on Plaintiff's Motion for a Preliminary Injunction. Pursuant to the discussion at the hearing, the Court orders as follows:

The parties shall meet and confer regarding the terms of preliminary injunctive relief. On or before **June 12, 2009**, Plaintiff shall submit a proposed preliminary injunction order, consistent with the terms discussed with the Court. Prior to submission to the Court, Plaintiff shall provide the proposed injunction terms to Defendant for review. Also on or before **June 12, 2009**, Defendant shall file with the Court any objections to Plaintiff's proposed injunction terms, together with any proposed alternative language that Defendant may wish the Court to adopt.

Dated: June 10, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Jennifer Susan Rosenberg jrosenberg@bramsonplutzik.com
John P. Cardosi jcardosi@diemerwhitman.com
Kathryn S. Diemer kdiemer@diemerwhitman.com

**Dated: June 10, 2009**                                    **Richard W. Wieking, Clerk**

                                                            **By:    /s/ JW Chambers**
                                                                    **Elizabeth Garcia**
                                                                    **Courtroom Deputy**

United States District Court
For the Northern District of California