1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                                  SAN JOSE DIVISION

10   Neomeridian SDN BHD,                          NO. C 09-02229 JW

11               Plaintiff,                    **ORDER FOLLOWING CASE**
     v.                                        **MANAGEMENT CONFERENCE**
12
     Wideband Semiconductor, Inc.,
13
                 Defendant.
14   _____/

15          On September 28, 2009, the Court conducted a Case Management Conference.  Counsel for

16   the respective parties were present, along with counsel for third party fabricator, eASIC.  In light of

17   the discussion at the Conference, the Court orders as follows:

18          (1)      On **September 28, 2009**, the parties shall file a Stipulation with the Court to agree to

19                   the following:

20                   (i)      eASIC is released from any further obligation regarding the 2,000 chips

21                            ordered by Plaintiff that eASIC currently holds[1] upon delivery of the chips to

22                            an entity specified and agreed to by the parties in the Stipulation;

23                   (ii)     eASIC may immediately deliver the chips to the named entity upon the

24                            parties' filing of the stipulation; and

25

26

27

28        [1] (see Joint Case Management Conference Statement at 1, Docket Item No. 64.)

United States District Court
For the Northern District of California

1

(iii)    Defendant shall pay in advance the cost of storing the chips with a third party

2

for at least three months.  If Defendant defaults on their payments, Plaintiff

3

may take delivery and possession of the 2,000 chips.

4

(2)    On **September 28, 2009**, Plaintiff shall file its Motion to Modify the terms of the

5

injunction imposed by the Court's June 24, 2009 Order (Docket Item No. 51) to allow

6

for the release of some or all of the 2000 chips to Plaintiff.[2]

7

(3)    On **September 29, 2009 at 3 p.m.**, the parties shall for a hearing on Plaintiff's

8

Motion.

9

10

Dated:  September 28, 2009

_____

11

JAMES WARE

United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

---

[2]  Implicit in this Order is the Court's granting of Plaintiff's oral Motion at the conference for an order shortening time for hearing on the Motion to Modify the injunction.

2

1    **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2    Alan R Plutzik aplutzik@bramsonplutzik.com
     Jennifer Susan Rosenberg jrosenberg@bramsonplutzik.com
3    John P. Cardosi jcardosi@diemerwhitman.com
     Kathryn S. Diemer kdiemer@diemerwhitman.com
4

5

6    **Dated:  September 28, 2009**                    **Richard W. Wieking, Clerk**

7

8                                                      **By:      /s/ JW Chambers**
                                                          **Elizabeth Garcia**
9                                                         **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California