BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP
Alan R. Plutzik (State Bar No. 77785)
Jennifer S. Rosenberg (State Bar No. 121023
2125 Oak Grove Road, Suite 120
Walnut Creek, California 94598
Telephone: (925) 945-0200
Fax: (925) 945-8792
aplutzik@bramsonplutzik.com
jrosenberg@bramsonplutzik.com

FILED

OCT 02 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEOMERIDIAN SDN BHD, a Malaysian corporation,<br><br>Plaintiff,<br><br>v.<br><br>WIDEBAND SEMICONDUCTOR INC., a California corporation,<br><br>Defendant. | Case No. 5:09-cv-02229-JW<br><br>[ALTERNATIVE PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY 6/24/09 ORDER<br><br>Date: September 29, 2009<br>Time: 3:00 P.M.<br>Courtroom: 8 |

1  The Motion to Modify 6/24/09 Order ("Motion to Modify") filed by Plaintiff NeoMeridian Bhd Sdn ("NM") having come before the Court, and the Court having considered the papers and arguments in connection therewith, and good cause appearing therefor,

IT IS HEREBY ORDERED that NM's Motion to Modify is GRANTED.

The Court's June 24, 2009 Order in this action (the "6/24/09 Order") is hereby modified to provide:

(a) that ten chips from the 2,000 that eASIC has fabricated and is ready to deliver, be released from the order, and that NM be allowed to take possession of them to produce a limited quantity of product samples.

(b) that eASIC or its subcontractor store the remaining 1,990 chips, pending further Order of the Court or agreement between the parties, provided that all storage costs are to be paid by WB; and

(c) that WB shall pay three months of storage costs to eASIC or its designee in advance within seven days of the date of the Court's Order, and if such payment is not made within that time period, eASIC shall deliver the chips forthwith to NM.

The portion of the 6/24/09 Order requiring that the parties to this action agree on a location for the storage of the said chips is hereby eliminated.

IT IS SO ORDERED.

Dated: October 2, 2009

_____
Hon. James Ware
United States District Judge

# SILICON VALLEY LAW GROUP
A LAW CORPORATION

September 29, 2009

Kathryn Diemer, Esq.  
Diemer, Whitman & Cardosi  
75 East Santa Clara Street, Suite 290  
San Jose, CA 95113

Alan Plutzik, Esq.  
Jennifer Rosenberg, Esq.  
Bramson, Plutzik, Mahler & Birkhaeuser  
2125 Oak Grove Rd.  
Suite 120  
Walnut Creek, CA 94598

Re: Neomeridian SDN BDH v. Wideband Semiconductor, Inc.  
US District Court, ND Cal No. C 09-02229 JW  
Product Delivery and Acceptance

Dear Counsel:

This letter sets out the agreement among the Parties to this action and eASIC Corporation (the fabricator) with respect to some 2000 semiconductor chips ("Chips") that were fabricated by eASIC for Neomeridian pursuant to the Neomeridian Purchase Order No. NMSB210709, dated July 21, 2009 ("Fabrication P.O."). This letter agreement is written and made pursuant to the instructions of Judge Ware given at the Case Management Conference held on September 28, 2009.

1. The Chips were fabricated by eASIC pursuant to agreement entered into between eASIC and Neomeridian and in accordance with the Order of the Court entered in the above-referenced matter on June 24, 2009.

2. The Chips are currently being held at the premises of eASIC's sub-contractor KESM at the following location: Lot 4, SS 8/4, Zon Peridustrian Bebas Sg. Way 47300, Petaling Jaya, Selangor, West Malaysia, Malaysia (hereafter "KESM Location"). While they are stored at those premises or the premises of eASIC or another of its sub-contractors, eASIC shall serve as Neomeridian's bailee with respect to the chips. As such, eASIC will exercise reasonable care to protect the security and safety of the chips, and shall maintain insurance on them against theft and property damage.

3. Neomeridian and Wideband agree that the Chips shall be deemed delivered to Neomeridian and title to the Chips shall transfer to Neomeridian as of September 28, 2009. Neomeridian shall have a reasonable time following actual physical delivery of

Kathryn Diemer, Esq.
Alan Pluzik, Esq.
Jennifer Rosenberg, Esq.
Re: Wideband v. Neomeridian
September 29, 2009
Page 2 of 3

sample Chips to assert any warranty claims against eASIC as provided in the terms and conditions applicable to the Fabrication P.O.

4.   Notwithstanding the deemed delivery and transfer of title as provided in Paragraph 3, Neomeridian and Wideband agree that the Chips will be stored either at the KESM Location or at the premises of eASIC's Malaysia office (Lot 6.02 Level 6 Menara KWSP, 38 Jalan Sultan Ahmad Shah, 10050 Penang, Malaysia) until either (a) both Parties agree in writing that the Chips may be delivered to a specific location or (b) the Court enters an Order providing otherwise.

5.   During the time the Chips are being stored at either of the locations specified above, Wideband agrees to pay a monthly storage fee to eASIC in the amount of $1000 per month (or partial month) in advance beginning October 1, 2009, with the initial payment for three months (i.e., $3000) being due immediately. If Wideband fails to pay the fee, either initially or ongoing, then eASIC reserves the right to apply to the Court for an Order requiring payment of the fee and such other relief as the Court deems appropriate.

Please signify your and your clients' respective agreement to these terms by placing your signature in the space provided below.

Thank you for your continuing courtesy in this matter.

Very Truly Yours,

*[signature]*
Terence N. Church, Esq.
Silicon Valley Law Group
Attorneys for eASIC Corporation

<u>So Agreed.</u>

Wideband Semiconductor, Inc.

By: *[signature]*
Kathryn Diemer, Esq.
Diemer, Whitman & Cardosi LLP

Neomeridian SBN BHD

By: *[signature]*
Alan Plutzik, Esq.
Bramson, Plutzik, Mahler & Birkhaeuser

Cc:   eASIC Corporation

Kathryn Diemer, Esq.
Alan Pluzik, Esq.
Jennifer Rosenberg, Esq.
Re: Wideband v. Neomeridian
September 29, 2009
Page 3 of 3

_____
Hon. James Ware          9/29/09