United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Neomeridian SDN BHD,

Plaintiff,

v.

Wideband Semiconductor, Inc.,

Defendant.

_____________________________________/

NO. C 09-02229 JW

**ORDER NOMINATING MEDIATOR**

On September 28, 2009, the Court conducted a Case Management Conference. (Docket Item No. 67.) At the Conference, counsel for Plaintiff sought leave to file a Motion to Modify the Court's June 24, 2009 Preliminary Injunction Order. The Court granted Plaintiff leave and conducted three separate hearings on Plaintiff's Motion and to address other issues raised by the parties. (See Docket Item Nos. 74, 76, 80.) At each hearing, the parties asked for further continuances because they were "close" to resolving their disputes over their Memorandum of Understanding. At the October 8 hearing, the parties once again asked for additional time.

Although the parties represent that if they were given additional time, they would be able to resolve their disputes, the Court finds that judicial resources can be conserved by a more expedient resolution. Accordingly, the Court nominates Mr. George C. Fisher[1] to serve as a mediator to assist the parties with resolving their disputes, finalizing the terms of the Memorandum of Understanding, and bringing this case to a close.

[1] Mr. Fisher may be contacted at (650) 424-0821; georgefisher@gmail.com; http://www.gfisherlaw.com.

On or before **October 19, 2009**, the parties shall file their Objections, if any, to Mr. Fisher serving as a mediator. Any party filing objections shall propose at least three alternative mediators. If no objections are filed on or before October 19, the case is automatically referred Mr. Fisher and the parties shall contact Mr. Fisher on or before **October 21, 2009** to set up their initial conference.

Dated: October 8, 2009

JAMES WARE
United States District Judge



**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Jennifer Susan Rosenberg jrosenberg@bramsonplutzik.com
John P. Cardosi jcardosi@diemerwhitman.com
Kathryn S. Diemer kdiemer@diemerwhitman.com

**Dated: October 8, 2009**

**Richard W. Wieking, Clerk**

**By: /s/ JW Chambers**
**Elizabeth Garcia**
**Courtroom Deputy**

**United States District Court**
For the Northern District of California