IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Neomeridian SDN BHD, | NO. C 09-02229 JW |
| Plaintiff, | **ORDER APPOINTING MEDIATOR; SETTING FURTHER CASE MANAGEMENT CONFERENCE** |
| v. | |
| Wideband Semiconductor, Inc., | |
| Defendant. | |

On November 23, 2009, the Court conducted a Case Management Conference. Counsel for both parties were present. In light of the discussion at the conference, the Court ORDERS as follows:

(1) Although the parties represent that they are continuing to negotiate a settlement, the Court finds that judicial resources can be conserved by a more expedient resolution. Accordingly, the Court appoints Mr. George C. Fisher[1] to serve as a mediator to assist the parties with resolving their remaining disputes, finalizing the terms of their Memorandum of Understanding, and bringing this case to a close. The parties shall contact Mr. Fisher on or before **November 30, 2009** to set up their initial conference.

(2) The parties shall appear for a Case Management Conference on **January 11, 2010 at 10 a.m.** On or before **January 4, 2010**, the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, an update

---

[1] Mr. Fisher may be contacted at (650) 424-0821; georgefisher@gmail.com; http://www.gfisherlaw.com.

on the parties' mediation efforts with Mr. Fisher.  If the parties have not reached a settlement by the date of that Conference, the Court will set a hearing date for Plaintiff's anticipated Motion to compel arbitration.

Dated:  November 23, 2009

JAMES WARE  
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan R Plutzik aplutzik@bramsonplutzik.com
Jennifer Susan Rosenberg jrosenberg@bramsonplutzik.com
John P. Cardosi jcardosi@diemerwhitman.com
Kathryn S. Diemer kdiemer@diemerwhitman.com

**Dated:  November 23, 2009**                                      **Richard W. Wieking, Clerk**

                                                                        **By:       /s/ JW Chambers              
                                                                                 Elizabeth Garcia
                                                                                 Courtroom Deputy**