**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

***E-FILED***
**TOTAL TIME: 10 mins**

**CIVIL MINUTES**

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:** January 11, 2010 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-09-05603 JW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

**TITLE**

VFS Financing Inc v. SKF Aviation LLC et al

**Attorney(s) for Plaintiff(s)**: Joonsik Maing
**Attorney(s) for Defendant(s)**: No appearance made

**PROCEEDINGS**

Further Order to Show Cause re Preliminary Injunction

**ORDER AFTER HEARING**

Hearing Held. The Court took the matter under submission after oral argument. The Court to issue further Order re Show Cause Hearing re Preliminary Injunction.

*Elizabeth C. Garcia*
Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: