UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TOTAL TIME:** 10 mins

CIVIL MINUTES

| | |
|---|---|
| **Judge:** James Ware | **Courtroom Deputy:** Elizabeth Garcia |
| **Date:**  January 11, 2010 | **Court Reporter:** Irene Rodriguez |
| **Case No.:** C-09-05603  JW | **Special Master:** N/A |
| **Related Case No.:** N/A | **Interpreter:** N/A |

TITLE

VFS Financing Inc v. SKF Aviation LLC et al

**Attorney(s) for Plaintiff(s)**: Joonsik Maing
**Attorney(s) for Defendant(s)**: No appearance made

PROCEEDINGS

Further Order to Show Cause re Preliminary Injunction

ORDER AFTER HEARING

Hearing Held.  The Court took the matter under submission after oral argument.  The Court to issue further Order re Show Cause Hearing re Preliminary Injunction.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: